# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas ☑

| | |
|---|---|
| SANDRA PINCHBACK, INDIVIDUALLY & PERSONAL REPRESENTATIVE FOR ESTATE OF CURTIS GARLAND, JR, MONICA WALKER, RACHEL C. ANDERSON, CURTIS GARLAND, SR. | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 6:15-CV-000805 |
| C.O. LEON GOMEZ, C.O.KIMBROUGH, C.O. CLARY,NURSE JONES, JEFFREY CATOE, BRAD LIVINGSTON, TEXAS DEPARTMENT OF CRIMINAL JUSTICE | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> CORRECTIONAL OFFICER KIMBROUGH
> FM 3328
> TDCJ-BETO UNIT
> 1391 FM 3328
> TENNESSEE COLONY, TX 75880

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| DIMITRI DUBE, PC | OBI LAW FIRM, PLLC |
| 325 N. ST PAUL STREET | 1910 PACIFIC AVENUE |
| SUITE 2750 | SUITE 11500 |
| DALLAS, TX 75201 | DALLAS, TX 75201 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____09/01/2015_____

David Malone

*Signature of Clerk or Deputy Clerk*

Civil Action No.    6:15cv805

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____                 _____
                                                                    *Server's signature*

                                                           _____
                                                                   *Printed name and title*


                                                           _____
                                                                   *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas ▼

| | |
|---|---|
| SANDRA PINCHBACK, INDIVIDUALLY & PERSONAL REPRESENTATIVE FOR ESTATE OF CURTIS GARLAND, JR, MONICA WALKER, RACHEL C. ANDERSON, CURTIS GARLAND, SR. <br><br> *Plaintiff(s)* <br><br> v. <br><br> C.O. LEON GOMEZ, C.O.KIMBROUGH, C.O. CLARY,NURSE JONES, JEFFREY CATOE, BRAD LIVINGSTON, TEXAS DEPARTMENT OF CRIMINAL JUSTICE <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 6:15-CV-000805 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

LEON GOMEZ
FM 3328
TDCJ-BETO UNIT
1391 FM 3328
TENNESSEE COLONY, TX 75880

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DIMITRI DUBE, PC
325 N. ST PAUL STREET
SUITE 2750
DALLAS, TX 75201

OBI LAW FIRM, PLLC
1910 PACIFIC AVENUE
SUITE 11500
DALLAS, TX 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 09/01/2015

*David Malone*

*Signature of Clerk or Deputy Clerk*

Civil Action No. 6:15cv805

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas ▼

| | |
|---|---|
| SANDRA PINCHBACK, INDIVIDUALLY & PERSONAL REPRESENTATIVE FOR ESTATE OF CURTIS GARLAND, JR, MONICA WALKER, RACHEL C. ANDERSON, CURTIS GARLAND, SR. <br><br> *Plaintiff(s)* <br><br> v. <br><br> C.O. LEON GOMEZ, C.O.KIMBROUGH, C.O. CLARY,NURSE JONES, JEFFREY CATOE, BRAD LIVINGSTON, TEXAS DEPARTMENT OF CRIMINAL JUSTICE <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) <br><br> Civil Action No. 6:15-CV-000805 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> TEXAS DEPARTMENT OF CRIMINAL JUSTICE
> SERVICE OF PROCESS
> SECRETARY OF STATE
> JAMES E. RUDDER BUILDING
> 1019 BRAZOS BUILDING
> AUSTIN, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> DIMITRI DUBE, PC                      OBI LAW FIRM, PLLC
> 325 N. ST PAUL STREET          1910 PACIFIC AVENUE
> SUITE 2750                             SUITE 11500
> DALLAS, TX 75201                   DALLAS, TX 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 09/01/2015

*David Malone*

*Signature of Clerk or Deputy Clerk*

Civil Action No. 6:15cv805

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas  ▾

| | |
|---|---|
| SANDRA PINCHBACK, INDIVIDUALLY & PERSONAL REPRESENTATIVE FOR ESTATE OF CURTIS GARLAND, JR, MONICA WALKER, RACHEL C. ANDERSON, CURTIS GARLAND, SR. <br><br> *Plaintiff(s)* <br><br> v. <br><br> C.O. LEON GOMEZ, C.O.KIMBROUGH, C.O. CLARY,NURSE JONES, JEFFREY CATOE, BRAD LIVINGSTON, TEXAS DEPARTMENT OF CRIMINAL JUSTICE <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 6:15-CV-000805<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

BRAD LIVINGSTON
TEXAS DEPARTMENT OF CRIMINAL JUSTICE
P.O. BOX 99
HUNTSVILLE, TX 77342

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DIMITRI DUBE, PC                           OBI LAW FIRM, PLLC
325 N. ST PAUL STREET                       1910 PACIFIC AVENUE
SUITE 2750                                   SUITE 11500
DALLAS, TX 75201                            DALLAS, TX 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  09/01/2015                                 _David Malone_
                                                 *Signature of Clerk or Deputy Clerk*

Civil Action No.  6:15cv805

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas  ▼

| | |
|---|---|
| SANDRA PINCHBACK, INDIVIDUALLY & PERSONAL REPRESENTATIVE FOR ESTATE OF CURTIS GARLAND, JR, MONICA WALKER, RACHEL C. ANDERSON, CURTIS GARLAND, SR. <br><br> *Plaintiff(s)* <br><br> v. <br><br> C.O. LEON GOMEZ, C.O.KIMBROUGH, C.O. CLARY,NURSE JONES, JEFFREY CATOE, BRAD LIVINGSTON, TEXAS DEPARTMENT OF CRIMINAL JUSTICE <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) <br><br> Civil Action No. 6:15-CV-000805 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

WARDEN JEFFREY CATOE
FM 3328
TDCJ-BETO UNIT
1391 FM 3328
TENNESSEE COLONY, TX 75880

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DIMITRI DUBE, PC
325 N. ST PAUL STREET
SUITE 2750
DALLAS, TX 75201

OBI LAW FIRM, PLLC
1910 PACIFIC AVENUE
SUITE 11500
DALLAS, TX 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ___09/01/2015___

*David Malone*

*Signature of Clerk or Deputy Clerk*

Civil Action No. 6:15cv805

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                              *Server's signature*

                                       _____
                                              *Printed name and title*


                                       _____
                                              *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas  ▼

| | |
|---|---|
| SANDRA PINCHBACK, INDIVIDUALLY & PERSONAL REPRESENTATIVE FOR ESTATE OF CURTIS GARLAND, JR, MONICA WALKER, RACHEL C. ANDERSON, CURTIS GARLAND, SR. <br><br> *Plaintiff(s)* <br><br> v. <br><br> C.O. LEON GOMEZ, C.O.KIMBROUGH, C.O. CLARY,NURSE JONES, JEFFREY CATOE, BRAD LIVINGSTON, TEXAS DEPARTMENT OF CRIMINAL JUSTICE <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 6:15-CV-000805 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> NURSE JONES
> FM 3328
> TDCJ-BETO UNIT
> 1391 FM 3328
> TENNESSEE COLONY, TX 75880

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| DIMITRI DUBE, PC <br> 325 N. ST PAUL STREET <br> SUITE 2750 <br> DALLAS, TX 75201 | OBI LAW FIRM, PLLC <br> 1910 PACIFIC AVENUE <br> SUITE 11500 <br> DALLAS, TX 75201 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____09/01/2015_____

*David M Maland*

*Signature of Clerk or Deputy Clerk*

Civil Action No. 6:15cv805

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas ▾

| | |
|---|---|
| SANDRA PINCHBACK, INDIVIDUALLY & PERSONAL REPRESENTATIVE FOR ESTATE OF CURTIS GARLAND, JR, MONICA WALKER, RACHEL C. ANDERSON, CURTIS GARLAND, SR. <br><br> *Plaintiff(s)* <br><br> v. <br><br> C.O. LEON GOMEZ, C.O.KIMBROUGH, C.O. CLARY,NURSE JONES, JEFFREY CATOE, BRAD LIVINGSTON, TEXAS DEPARTMENT OF CRIMINAL JUSTICE <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 6:15-CV-000805 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> CORRECTIONAL OFFICER CLARY
> FM 3328
> TDCJ-BETO UNIT
> 1391 FM 3328
> TENNESSEE COLONY, TX 75880

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> DIMITRI DUBE, PC                          OBI LAW FIRM, PLLC
> 325 N. ST PAUL STREET                1910 PACIFIC AVENUE
> SUITE 2750                                   SUITE 11500
> DALLAS, TX 75201                        DALLAS, TX 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____09/01/2015_____                          *David Malano*
                                                                              _____
                                                                              *Signature of Clerk or Deputy Clerk*

Civil Action No.  6:15cv805

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                                    *Server's signature*

                                            _____
                                                                    *Printed name and title*


                                            _____
                                                                    *Server's address*

Additional information regarding attempted service, etc: